Ulysses P. GARDNER, Plaintiff–Appellant,

v.

Milton WESTBERG, Dr.; Rose Brown; James W. Vaughan, Defendants–Appellees.

No. 11–6406.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2011.

Decided: June 1, 2011.

Ulysses P. Gardner, Appellant Pro Se. Elizabeth Pharr McCullough, Kelly Elizabeth Street, Young, Moore & Henderson, P.A., Raleigh, North Carolina; Oliver Gray Wheeler, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ulysses P. Gardner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Gardner's motion for appointment of counsel and affirm for the reasons stated by the district court. *Gardner v. Westberg,* No. 5:09–ct–03086–BO (E.D.N.C. March 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*